IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARRON MURPHY,
Plaintiff,

v.

Case No. 18–CV–01077–JPG–MAB

WEXFORD HEALTH SOURCES, INC. and
VIPIN SHAH,
Defendants.

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Arron Murphy's claims under the Eighth and Fourteenth Amendments against Defendants Wexford Health Sources, Inc. and Vipin Shah are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiff's state-law malpractice claim against Defendants is **DISMISSED WITHOUT PREJUDICE**.

**Dated: November 21, 2019**

**MARGARET M. ROBERTIE, Clerk of Court**

**s/ Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
            **United States District Judge**